# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JOSEPH FAIRWEATHER,

    Petitioner,

v.

ROB MCKENNA,

    Respondent.

CASE NO. C11-5659-RBL-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) This petition is denied. The petition is time barred. Further, if the petition were to be considered, two grounds for relief are procedurally barred and the third is without merit.

DATED this 29th day of February, 2012.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1